Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

William F. Lee (pro hac vice forthcoming)
william.lee@wilmerhale.com
Joseph J. Mueller (pro hac vice forthcoming)
joseph.mueller@wilmerhale.com
Timothy Syrett (pro hac vice forthcoming)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield (pro hac vice forthcoming)
leon.greenfield@wilmerhale.com
Nina S. Tallon (pro hac vice forthcoming)
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

*Attorneys for Plaintiff*
APPLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD. <br><br> Defendants. | Case No. <br><br> **APPLE INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, plaintiff Apple Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 20, 2016                       Respectfully submitted,

                                               By:    /s/ Mark D. Selwyn

                                               Mark D. Selwyn (SBN: 244180)
                                               mark.selwyn@wilmerhale.com
                                               WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                               950 Page Mill Road
                                               Palo Alto, CA 94304
                                               Telephone: +1 650 858 6000
                                               Facsimile:  +1 650 858 6100

                                               William F. Lee (pro hac vice forthcoming)
                                               william.lee@wilmerhale.com
                                               Joseph J. Mueller (pro hac vice forthcoming)
                                               joseph.mueller@wilmerhale.com
                                               Timothy Syrett (pro hac vice forthcoming)
                                               timothy.syrett@wilmerhale.com
                                               WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                               60 State Street
                                               Boston, MA 02109
                                               Telephone: +1 617 526 6000
                                               Facsimile:  +1 617 526 5000

                                               Leon B. Greenfield (pro hac vice forthcoming)
                                               leon.greenfield@wilmerhale.com
                                               Nina S. Tallon (pro hac vice forthcoming)
                                               nina.tallon@wilmerhale.com
                                               WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                               1875 Pennsylvania Avenue, N.W.
                                               Washington, DC 20006
                                               Telephone: +1 202 663 6000
                                               Facsimile:  +1 202 663 6363

                                               *Attorneys for Plaintiff*
                                                 APPLE INC.