Ed Nelson III (*Admitted via Pro Hac Vice*)
ed@nelbum.com
Ryan P. Griffin (*Admitted via Pro Hac Vice*)
ryan@nelbum.com
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Telephone: (817) 377-9111

Bradley W. Caldwell (*Admitted via Pro Hac Vice*)
bcaldwell@caldwellcc.com
John A. Curry (*Admitted via Pro Hac Vice*)
acurry@caldwellcc.com
CALDWELL CASSADY & CURRY
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848

Patricia L. Peden (SBN 206440)
patricia.peden@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, Thirty First Floor
San Francisco, CA 94104
Telephone: 415-391-7111
Facsimile: 415-391-8766

Attorneys for Defendants *ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS LLC, and SAINT LAWRENCE COMMUNICATIONS GMBH*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APPLE INC.,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**NOKIA CORPORATION**, *et al*.<br><br>　　　　　Defendants. | Case No. 5:16-cv-07266-EJD<br><br>**ACACIA DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

Defendants Acacia Research Corporation, Cellular Communications Equipment LLC, Cellular Communications Equipment GmbH, Saint Lawrence Communications LLC, and Saint

Lawrence Communications GmbH (together, the "Acacia Defendants") disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15.

Acacia Research Corporation is a publicly-held Delaware corporation. No publicly-held entity owns 10% or more of Acacia Research Corporation's stock.

Cellular Communications Equipment LLC and Saint Lawrence Communications LLC are Texas limited liability companies which are wholly-owned subsidiaries of Acacia Research Group LLC. Acacia Research Group LLC is a wholly-owned subsidiary of Acacia Research Corporation.

Cellular Communications Equipment GmbH and Saint Lawrence Communications GmbH are German limited liability companies which are wholly-owned subsidiaries of Cellular Communications Equipment LLC and Saint Lawrence Communications LLC, respectively.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, there is no other interest to report.

Dated: February 16, 2017  Respectfully submitted,

    */s/ Patricia L. Peden*
Patricia L. Peden (SBN 206440)
LECLAIRRYAN LLP

Attorneys for Defendants *ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS LLC and SAINT LAWRENCE COMMUNICATIONS GMBH*.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of February 2017, the foregoing ACACIA DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15 was filed electronically using the Court's ECF system, which will electronically serve the same upon all counsel of record.

                                           */s/ Adriana L. Lawrence*
                                            Adriana L. Lawrence