Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

Attorney for Plaintiff, Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD.<br><br>                Defendants. | CASE NO. 5:16-CV-07266<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE TIME** |

      Pursuant to United States District Court, Northern District of California Local Rules 6-2 and 7-12, Plaintiff Apple Inc. ("Apple") and Defendants Nokia Corporation, Nokia Solutions And Networks Oy, Nokia Technologies Oy, Acacia Research Corporation, Cellular Communications Equipment LLC, Saint Lawrence Communications LLC, Cellular Communications Equipment GmbH, Saint Lawrence Communications GmbH, Conversant

1  Intellectual Property Management Inc., Core Wireless Licensing S.A.R.L., and Core Wireless
2  Licensing Ltd. (collectively, "Defendants") hereby file this Joint Stipulation to extend the current
3  April 11, 2016 deadline for Apple's opposition briefs to Defendants' motions to dismiss by 14
4  days to April 25, 2017, and to extend the deadline for Defendants' reply briefs by 14 days to
5  May 16, 2017.
6      WHEREAS, on December 21, 2016, Plaintiff filed its Amended Complaint;
7      WHEREAS, on March 21, 2017, the Court granted leave for Defendants to file a 65-page
8  motion to dismiss, Plaintiff a 65-page opposition, and Defendants a 35-page reply.
9      WHEREAS, on March 28, 2017, Defendants moved to dismiss the Amended Complaint;
10     WHEREAS, Apple's opposition to Defendants' motions to dismiss the Amended
11 Complaint is currently due on April 11, 2017, and Defendants' reply is currently due on April
12 25, 2017;
13     WHEREAS, Plaintiff has requested a 14-day extension to the deadline to address and
14 respond to Defendants' motions to dismiss, and Defendants have requested a 14-day extension of
15 the deadline to reply to Plaintiff's opposition;
16     NOW THEREFORE, the parties agree that Plaintiff's deadline to oppose Defendants'
17 motions to dismiss should be extended 14 days to April 25, 2016, and Defendants' deadline to
18 reply should be extended 14 days to May 16, 2017.
19
20 DATED: April 4, 2017

Respectfully submitted,

*/s/ Mark D. Selwyn*

Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

*Attorney for Plaintiff, Apple Inc.*

DATED: April 4, 2017   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ James J. Elacqua

*Attorneys for* NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA TECHNOLOGIES OY

DATED: April 4, 2017   LECLAIRRYAN

By: /s/ Patricia L. Peden

*Attorneys for* ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS LLC, and SAINT LAWRENCE COMMUNICATIONS GMBH

DATED: April 4, 2017   BAKER BOTTS

By: /s/ Stuart C. Plunkett

*Attorneys for* CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING, S.A.R.L., and CORE WIRELESS LICENSING LTD.

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: April 5, 2017     _____

5 THE HONORABLE Edward J. Davila
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1 **ATTORNEY ATTESTATION**

2   Pursuant to Civil Local Rule 5-1(i)(3), I, Mark D. Selwyn, hereby attest that concurrence
3   in the filing of this document has been obtained from any signatories indicated by a "conformed"
4   signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of
5   the United States of America that the foregoing is true and correct.

Dated: April 4, 2017                           WILMER CUTLER PICKERING
                                               HALE AND DORR LLP

                                               By: */s/ Mark D. Selwyn*

5

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 4, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

DATED: April 4, 2017                                              /s/ Mark D. Selwyn
                                                                                      Mark D. Selwyn