## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD.,<br><br>                    Defendants. | Case No. C 5:16-cv-07266<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (AD L.R. 6)

☑ **Private ADR** (*specify process and provider*)

   The parties have agreed to participate in private mediation with a mediator to be agreed upon by the parties at a later date.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☑ other requested deadline:   November 30, 2017

Date:  4/20/17          Signed:  _____/s/ Mark D. Selwyn_____
                                          Attorney for Apple Inc.

| | | |
|---|---|---|
| Date: 4/20/17 | Signed: | /s/ James J. Elacqua |
| | | Attorney for Nokia Corporation, Nokia Solution and Networks Oy, and Nokia Technologies Oy |
| Date: 4/20/17 | Signed: | /s/ Patricia L. Peden |
| | | Attorney for Acacia Research Corporation, Cellular Communications Equipment LLC, Cellular Communications Equipment GmbH, Saint Lawrence Communications LLC, and Saint Lawrence Communications GmbH |
| Date: 4/20/17 | Signed: | /s/ Stuart C. Plunkett |
| | | Attorney for Conversant Intellectual Property Management Inc., Core Wireless Licensing, S.A.R.L., and Core Wireless Licensing Ltd. |

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS

Date:  April 25, 2017

_____
U.S. DISTRICT/MAGISTRATE JUDGE