ALLEN RUBY (Bar No. 47109)
JAMES J. ELACQUA (Bar No. 187897)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301-1908
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570
james.elacqua@skadden.com

*Attorneys for* NOKIA CORPORATION,
NOKIA SOLUTIONS AND NETWORKS OY,
and NOKIA TECHNOLOGIES OY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO.: 5:16-cv-7266 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO APPLE'S INITIAL DISCOVERY REQUESTS** |
| NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATION EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS, LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD. | Honorable Edward J. Davila |
| Defendants. | |

| | |
|---|---|
| 1 | STEVEN C. SUNSHINE (admitted *pro hac vice*) |
|   | JULIA K. YORK (admitted *pro hac vice*) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 1440 New York Avenue, N.W. |
| 3 | Washington, DC 20005-2111 |
|   | Telephone:     (202) 371-7000 |
| 4 | Facsimile:      (202) 393-5760 |
|   | Steven.Sunshine@skadden.com |
| 5 | Julia.York@skadden.com |
| 6 | *Attorneys for* NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA TECHNOLOGIES OY |
| 7 | |
| 8 | ED NELSON III (admitted *pro hac vice*) |
|   | RYAN GRIFFIN (admitted *pro hac vice*) |
|   | NELSON BUMGARDNER PC |
| 9 | 3131 West 7th Street, Suite 300 |
|   | Fort Worth, TX 76107 |
| 10 | Telephone:     (817) 377-9111 |
|   | Facsimile:      (817) 377-3485 |
| 11 | Ed@nelbum.com |
|   | Ryan@nelbum.com |
| 12 | |
| 13 | BRADLEY W. CALDWELL (admitted *pro hac vice*) |
|   | J. AUSTIN CURRY (admitted *pro hac vice*) |
|   | CALDWELL CASSADY & CURRY |
| 14 | 2101 Cedar Springs Road, Suite 1000 |
|   | Dallas, Texas 75201 |
| 15 | Telephone:     (214) 888-4848 |
|   | Facsimile:      (214) 888-4849 |
| 16 | bcaldwell@caldwellcc.com |
|   | acurry@caldwellcc.com |
| 17 | |
| 18 | PATRICIA PEDEN (Bar No. 206440) |
|   | LECLAIRRYAN |
|   | 44 Montgomery Street, Suite 3100 |
| 19 | San Francisco, California 94104 |
|   | Telephone:     (415) 913-4932 |
| 20 | Facsimile:      (415) 391-8766 |
|   | Patricia.Peden@leclairryan.com |
| 21 | |
| 22 | *Attorneys for* ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS LLC, and SAINT LAWRENCE COMMUNICATIONS |
| 23 | GMBH |
| 24 | JAMES KRESS (admitted *pro hac vice*) |
|   | BAKER BOTTS |
| 25 | 1299 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20004-2400 |
| 26 | Telephone:     (202) 639-7700 |
|   | Facsimile:      (202) 639-7890 |
| 27 | James.Kress@bakerbotts.com |
| 28 | |

| | |
|---|---|
| [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME | 5:10-CV-02787 JF |

1  STUART PLUNKETT (Bar No. 187971)
   BAKER BOTTS
2  101 California Street, Suite 3600
   San Francisco, California 94111
3  Telephone:    (415) 291-6200
   Facsimile:    (415) 291-6300
4  Stuart.Plunkett@bakerbotts.com

5  *Attorneys for* CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING, S.A.R.L., and CORE WIRELESS LICENSING LTD.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1  Nokia Corporation, Nokia Solutions and Networks Oy, Nokia Technologies Oy, Acacia
2  Research Corporation, Cellular Communications Equipment LLC, Saint Lawrence
3  Communications LLC, Cellular Communications Equipment GmbH, Saint Lawrence
4  Communications GmbH, Conversant Intellectual Property Management, Inc., Core Wireless
5  Licensing, S.a.r.l., and Core Wireless Licensing Ltd. ("Defendants"), by and through their counsel
6  of record, have moved this Court to enlarge the time for Defendants' to respond to Apple's
7  discovery requests pursuant to Local Rule 6-3.

8  This Court, having considered the application and all papers filed in support thereof, and
9  good cause appearing:

10  IT IS HEREBY ORDERED that the motion to enlarge time for the Defendant's to respond
11  to Apple's discovery requests is GRANTED for the reasons stated in Defendants' motion.  If the
12  Court denies Defendants' Motion for a Protective Order Temporarily Staying Discovery,
13  Defendants will respond to Apple's discovery requests within two weeks of that denial order.

15  IT IS SO ORDERED.

17  Dated: May 3, 2017

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE