Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Nina S. Tallon (*pro hac vice*)
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

*Attorneys for Plaintiff*
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD.,<br><br>               Defendants. | Case No.5:16-cv-07266-EJD<br><br>**STIPULATED JOINT MOTION TO DISMISS NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CELLULAR COMMUNICATIONS EQUIPMENT LLC, AND CELLULAR COMMUNICATIONS EQUIPMENT GMBH.** |

1      Plaintiff Apple Inc. ("Apple") and Nokia Corporation, Nokia Solutions and Networks Oy,

2   Nokia Technologies Oy, Cellular Communications Equipment LLC, and Cellular

3   Communications Equipment GmbH hereby jointly move and stipulate to the dismissal of the

4   Nokia defendants (Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia

5   Technologies Oy) and the CCE defendants (Cellular Communications Equipment LLC and

6   Cellular Communications Equipment GmbH) from this action pursuant to Rule 41(a) of the

7   Federal Rules of Civil Procedure.

8      Apple has settled, waived, and released any claim in the above-captioned action that

9   Nokia violated the law by any alleged conspiracy, collusion, or anticompetitive agreement with

10  the non-Nokia co-defendants to breach or circumvent its FRAND obligations, or any antitrust or

11  competition law, based on Nokia's licensing or in relation to Nokia's divestment of the patents at

12  issue in this case.  Apple has also settled the claims against the CCE defendants in the above-

13  captioned action.

14     Accordingly, the parties respectfully move and stipulate to dismiss without prejudice the

15  Nokia defendants and the CCE defendants from this action.  Apple will be filing a motion for

16  leave to file a second amended complaint against the remaining defendants next week.

17

18

19

20  DATED:  September 8, 2017                    Respectfully submitted,

21

22                                              By:    /s/ Mark D. Selwyn

23                                              Mark D. Selwyn (SBN: 244180)
                                                mark.selwyn@wilmerhale.com
24                                              WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
25                                              950 Page Mill Road
                                                Palo Alto, CA 94304
26                                              Telephone: +1 650 858 6000
                                                Facsimile:  +1 650 858 6100

27   Case No. 5:16-cv-07266                     STIPULATED JOINT MOTION TO
                                                DISMISS NOKIA AND CCE
28                                              DEFENDANTS

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile:  +1 617 526 5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Nina S. Tallon (*pro hac vice*)
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

*Attorneys for Plaintiff*
APPLE INC.

DATED: September 8, 2017          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By:   _____ */s/* James J. Elacqua _____

*Attorneys for* NOKIA CORPORATION,
NOKIA SOLUTIONS AND NETWORKS OY, and
NOKIA TECHNOLOGIES OY

DATED: September 8, 2017          NELSON BUMGARDNER, P.C.


                                  By: _____ */s/* Edward Nelson _____


                                  *Attorneys for* CELLULAR COMMUNICATIONS
                                  EQUIPMENT LLC and CELLULAR
                                  COMMUNICATIONS EQUIPMENT GMBH

## <u>SIGNATURE ATTESTATION</u>

I, Mark D. Selwyn, hereby attest that concurrence in the electronic filing of this document has been obtained from the other signatory.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2017, in Palo Alto, California.

By: ___*/s/* Mark D. Selwyn_____ _____
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I electronically filed the foregoing documents using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.


DATED: September 8, 2017          _____*/s/* Mark D. Selwyn_____
                                              Mark D. Selwyn