| | |
|---|---|
| Mark D. Selwyn (SBN: 244180) | Leon B. Greenfield (*pro hac vice*) |
| mark.selwyn@wilmerhale.com | leon.greenfield@wilmerhale.com |
| WILMER CUTLER PICKERING | Nina S. Tallon (*pro hac vice*) |
|   HALE AND DORR LLP | nina.tallon@wilmerhale.com |
| 950 Page Mill Road | WILMER CUTLER PICKERING |
| Palo Alto, CA 94304 |   HALE AND DORR LLP |
| Telephone: +1 650 858 6000 | 1875 Pennsylvania Avenue, N.W. |
| Facsimile: +1 650 858 6100 | Washington, DC 20006 |
| | Telephone: +1 202 663 6000 |
| William F. Lee (*pro hac vice*) | Facsimile: +1 202 663 6363 |
| william.lee@wilmerhale.com | |
| Joseph J. Mueller (*pro hac vice*) | |
| joseph.mueller@wilmerhale.com | *Attorneys for Plaintiff* |
| Timothy Syrett (*pro hac vice*) | APPLE INC. |
| timothy.syrett@wilmerhale.com | |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| Telephone: +1 617 526 6000 | |
| Facsimile: +1 617 526 5000 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD. <br><br> Defendants. | Case No. 5:16-cv-07266-EJD <br><br> **[PROPOSED] ORDER DISMISSING NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, CELLULAR COMMUNICATIONS EQUIPMENT LLC, AND CELLULAR COMMUNICATIONS EQUIPMENT GMBH.** |

| | |
|---|---|
| 1 | Having considered the Stipulated Joint Motion to Dismiss, the Court hereby DISMISSES |
| 2 | without prejudice defendants Nokia Corporation, Nokia Solutions and Networks Oy, Nokia |
| 3 | Technologies Oy, Cellular Communications Equipment LLC, and Cellular Communications |
| 4 | Equipment GmbH. |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | |
| 8 | Dated:_____ |
| 9 |                                              Edward J. Davila<br>                                             UNITED STATES DISTRICT JUDGE |