| | |
|---|---|
| Mark D. Selwyn (SBN: 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: +1 650 858 6000 <br> Facsimile: +1 650 858 6100 <br><br> William F. Lee (*pro hac vice*) <br> william.lee@wilmerhale.com <br> Joseph J. Mueller (*pro hac vice*) <br> joseph.mueller@wilmerhale.com <br> Timothy Syrett (*pro hac vice*) <br> timothy.syrett@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: +1 617 526 6000 <br> Facsimile: +1 617 526 5000 | Leon B. Greenfield (*pro hac vice*) <br> leon.greenfield@wilmerhale.com <br> Nina S. Tallon (*pro hac vice*) <br> nina.tallon@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> Telephone: +1 202 663 6000 <br> Facsimile:  +1 202 663 6363 <br><br> *Attorneys for Plaintiff* <br> APPLE INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., <br><br>                     Plaintiff, <br><br>     v. <br><br> NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD., <br><br>                     Defendants. | Case No. 5:16-cv-07266-EJD <br><br> **STIPULATED JOINT MOTION TO DISMISS CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD.** |

Plaintiff Apple Inc. and defendants Conversant Intellectual Property Management Inc., Core Wireless Licensing S.a.r.l., and Core Wireless Licensing Ltd. ("Conversant") hereby respectfully jointly move and stipulate to the dismissal without prejudice of Conversant from this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: September 11, 2017                    Respectfully submitted,

By:   */s/* Mark D. Selwyn

Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile:  +1 650 858 6100

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile:  +1 617 526 5000

Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Nina S. Tallon (*pro hac vice*)
nina.tallon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

*Attorneys for Plaintiff*
APPLE INC.

Case No. 5:16-cv-07266                    STIPULATED JOINT MOTION TO
                                          DISMISS CONVERSANT
                                          DEFENDANTS

- 3 -

DATED: September 11, 2017            BAKER BOTTS LLP

By: _____/s/ James G. Kress_____

*Attorneys for* CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., and CORE WIRELESS LICENSING LTD.

**SIGNATURE ATTESTATION**

I, Mark D. Selwyn, hereby attest that concurrence in the electronic filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2017, in Palo Alto, California.

By:   */s/* Mark D. Selywn
         Mark D. Selwyn

Case No. 5:16-cv-07266    STIPULATED JOINT MOTION TO DISMISS CONVERSANT DEFENDANTS

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2017, I electronically filed the foregoing documents using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

DATED: September 11, 2017                     /s/ Mark D. Selwyn
                                              Mark D. Selwyn

Case No. 5:16-cv-07266                        STIPULATED JOINT MOTION TO
                                              DISMISS CONVERSANT
                                              DEFENDANTS