<pre>
Mark D. Selwyn (SBN: 244180)        Leon B. Greenfield (pro hac vice)
mark.selwyn@wilmerhale.com          leon.greenfield@wilmerhale.com
WILMER CUTLER PICKERING             Nina S. Tallon (pro hac vice)
   HALE AND DORR LLP                nina.tallon@wilmerhale.com
950 Page Mill Road                  WILMER CUTLER PICKERING
Palo Alto, CA 94304                    HALE AND DORR LLP
Telephone: +1 650 858 6000          1875 Pennsylvania Avenue, N.W.
Facsimile: +1 650 858 6100          Washington, DC 20006
                                    Telephone: +1 202 663 6000
William F. Lee (pro hac vice)       Facsimile:  +1 202 663 6363
william.lee@wilmerhale.com
Joseph J. Mueller (pro hac vice)
joseph.mueller@wilmerhale.com       Attorneys for Plaintiff
Timothy Syrett (pro hac vice)       APPLE INC.
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000
</pre>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, NOKIA TECHNOLOGIES OY, ACACIA RESEARCH CORPORATION, CELLULAR COMMUNICATIONS EQUIPMENT LLC, SAINT LAWRENCE COMMUNICATIONS LLC, CELLULAR COMMUNICATIONS EQUIPMENT GMBH, SAINT LAWRENCE COMMUNICATIONS GMBH, CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD.<br><br>            Defendants. | Case No. 5:16-cv-07266-EJD<br><br>**[PROPOSED] ORDER DISMISSING CONVERSANT INTELLECTUAL PROPERTY MANAGEMENT INC., CORE WIRELESS LICENSING S.A.R.L., AND CORE WIRELESS LICENSING LTD.** |

Having considered the Stipulated Joint Motion to Dismiss, the Court hereby DISMISSES without prejudice defendants Conversant Intellectual Property Management Inc., Core Wireless Licensing S.a.r.l., and Core Wireless Licensing Ltd.

**IT IS SO ORDERED.**

Dated: September 12, 2017

Edward J. Davila
UNITED STATES DISTRICT JUDGE