NELSON BUMGARDNER PC
Ed Nelson III (*pro hac vice*)
ed@nelbum.com
Ryan P. Griffin (*pro hac vice*)
ryan@nelbum.com
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Telephone: (817) 377-9111

CALDWELL CASSADY & CURRY
Bradley W. Caldwell (*pro hac vice*)
bcaldwell@caldwellcc.com
John A. Curry (*pro hac vice*)
acurry@caldwellcc.com
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848

LECLAIRRYAN LLP
Patricia L. Peden (SBN 206440)
patricia.peden@leclairryan.com
44 Montgomery St., Thirty First Floor
San Francisco, CA 94104
Telephone: 415-391-7111
Facsimile: 415-391-8766

**Attorneys for Defendants Acacia Research Corporation, Saint Lawrence Communications LLC, and Saint Lawrence Communications GmbH**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION,<br><br>Defendants. | CASE NO.: 5:16-cv-7266 EJD<br><br>**JOINT MOTION TO MODIFY PAGE LIMITATIONS, JOINT STIPULATION TO EXTEND TIME AND VACATE HEARING AND CASE MANAGEMENT CONFERENCE DATES, AND [PROPOSED] ORDER MODIFYING PAGE LIMITATIONS AND CHANGING TIME WITH RESPECT TO BRIEFING FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>JURY TRIAL DEMANDED |

1 | Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
2 | WILMER CUTLER PICKERING
  HALE AND DORR LLP
3 | 950 Page Mill Road
Palo Alto, CA 94304
4 | Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100
5 |
William F. Lee (pro hac vice)
6 | william.lee@wilmerhale.com
Joseph J. Mueller (pro hac vice)
7 | joseph.mueller@wilmerhale.com
Timothy Syrett (pro hac vice)
8 | timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
9 |   HALE AND DORR LLP
60 State Street
10 | Boston, MA 02109
Telephone: +1 617 526 6000
11 | Facsimile: +1 617 526 5000

12 | Leon B. Greenfield (pro hac vice)
leon.greenfield@wilmerhale.com
13 | WILMER CUTLER PICKERING
  HALE AND DORR LLP
14 | 1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
15 | Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

**Attorneys for Plaintiff Apple Inc.**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-11, Acacia Research Corporation, Saint Lawrence Communications LLC, and Saint Lawrence Communications GmbH ("Defendants") and Apple Inc. ("Plaintiff") (together, the "Parties"), by and through their counsel of record, jointly move this Court to modify the page limits prescribed by Civil Local Rule 7-2(b) for Defendants' briefs in support of a motion to dismiss Plaintiff's Second Amended Complaint, as well as the page limits prescribed by Civil Local Rule 7-4(b) for Plaintiff's opposition and Defendants' reply brief thereto.

Civil Local Rule 7-2(b) limits motions and accompanying briefs to 25 pages in length. Civil Local Rule 7-4(b) limits opposition briefs to 25 pages in length and reply briefs to 15 pages in length. However, Civil Local Rule 7-11 allows parties to move for administrative relief, including "motions to exceed otherwise applicable page limitations." Civ. L. R. 7-11(a). Accordingly, under Local Rule 7-11, the Parties respectfully request that Defendants be permitted to collectively file an omnibus brief in support of a motion to dismiss not to exceed 50 pages, Plaintiff be permitted to file a brief in opposition not to exceed 50 pages, and Defendants be permitted to collectively file a reply brief not to exceed 25 pages.[1]

The Parties' request constitutes a significant consolidation and reduction of what the Parties would be entitled to file if Defendants were to file separately. On a motion to dismiss, each Defendant is entitled to file its own 25-page brief, which, in the aggregate, would exceed by 50% the 50 total pages Defendants request by this motion. Instead, Defendants intend to file one brief. This approach allows the Parties to present arguments efficiently, without duplication of arguments, and thus serves the interest of judicial economy.

The Parties have met and conferred, and have agreed to this modification of page limits. As a result, the Parties respectfully request that the Court grant leave for Defendants to file a brief in support of a motion to dismiss not to exceed 50 pages, Plaintiff be permitted to file a brief in

---

[1] Even if Defendant Voiceage Corporation—who has yet to appear in this action—chooses to file its own motion to dismiss, the efficiencies described in the present motion will nonetheless be achieved.

opposition not to exceed 50 pages, and Defendants be permitted to file a reply brief not to exceed 25 pages.

In addition to their joint motion to modify page limits, the Parties hereby jointly stipulate pursuant to Local Rules 6-2 and 7-12, in view of Fed. R. Civ. P. 6(b), to extend: (1) Defendants' deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint (which shall be in the form of a motion to dismiss); (2) Plaintiff's deadline to oppose Defendants' motion to dismiss; and (3) Defendants' deadline to reply with respect to the same.

On October 11, 2016, Plaintiff filed its Second Amended Complaint. Defendants' motion to dismiss Plaintiff's Second Amended Complaint is currently due on October 25, 2017.[2] Plaintiffs' opposition thereto will be due on November 8, 2017. Defendants' reply will be due on November 22, 2017.

The Parties have met and conferred, and have agreed on a modification of deadlines. As a result, the Parties respectfully request a 14-day extension to the deadline for Defendants to file their motion to dismiss; a 14-day extension to the deadline for Plaintiff to address and respond to Defendants' motions to dismiss; and a 7-day extension to the deadline for Defendants to reply to Plaintiff's opposition.

For the forgoing reasons, the Parties respectfully request that the Court modify the existing page-limitations and deadlines in accordance with the table below:

| Event | Current Deadline | Current Page Limit | Proposed Deadline | Proposed Page Limit |
|---|---|---|---|---|
| Defendants must file Motion to Dismiss | Oct. 25, 2017 | 75 pages (25 pages x 3 defs.) | Nov. 8, 2017 | 50 pages |
| Plaintiff must file Opposition to MTD | Nov. 8, 2017 | 75 pages (25 pages x 3 defs.) | Dec. 6, 2017 | 50 pages |
| Defendant must file Reply for MTD | Nov. 22, 2017 | 45 pages (15 pages x 3 defs.) | Dec. 20, 2017 | 25 pages |

---

[2] Defendants' motion is a Rule 12(b)(6) motion, so it must be filed "within 14 days after service of the amended pleading." Fed. R. Civ. P. 15(a)(3); see also Fed. R. Civ. P. 12(b).

Moreover, the Parties jointly stipulate to vacate the November 2, 2017 and January 11, 2018 hearing dates on the Court's schedule. On November 2, 2017, a hearing is scheduled on the Motion to Dismiss the First Amended Complaint filed on March 28, 2017 (ECF 73), and the Motion for a Protective Order Temporarily Staying Discovery filed on April 24, 2017 (ECF 91). The motion to dismiss is now moot in light of the second amended complaint filed by Apple on October 11, 2017 (ECF 115), and, as noted above, the Defendants intend to file a new motion to dismiss the second amended complaint. [In addition, because of the changes made in the second amended complaint, Apple has withdrawn its prior discovery and the Acacia defendants have withdrawn their motion for a protective order. Therefore, that motion is no longer pending before this Court, and a hearing is not required.]

On January 11, 2018, a hearing is scheduled for Apple's Motion for Leave to File a Second Amended Complaint (ECF 110). The Court granted Apple's unopposed motion on October 11, 2017 (ECF 114), eliminating the need for the January 11, 2018 hearing.

Given that Apple recently filed its second amended complaint, and Defendant VoiceAge has yet to make in appearance in the case, the Parties further jointly propose to vacate and reschedule the Case Management Conference currently scheduled for November 9, 2017. The Parties request that the Court reschedule the Case Management Conference for a later date.

For the foregoing reasons, the Parties respectfully request that the Court vacate the November 2, 2017 and January 11, 2018 hearing dates. The parties further propose that the Court vacate the November 9, 2017 Case Management Conference, and reschedule it for a later date.

DATED: October 20, 2017

| /s/ Edward R. Nelson III | /s/ Mark D. Selwyn |
|---|---|
| NELSON BUMGARDNER PC<br>Edward R. Nelson III (*pro hac vice*)<br>ed@nelbum.com<br>Ryan P. Griffin (*pro hac vice*)<br>ryan@nelbum.com<br>3131 West 7th Street, Suite 300<br>Fort Worth, TX 76107 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (SBN: 244180)<br>mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: +1 650 858 6000<br>Facsimile: +1 650 858 6100 |

JOINT MOTION, JOINT STIPULATION, AND [PROPOSED] ORDER MODIFYING PAGE LIMITATIONS, VACATING HEARING AND CASE MANAGEMENT CONFERENCE DATES, AND CHANGING TIME W/R/T BRIEFING FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT      5:16-cv-0726

| Telephone: (817) 377-9111 | |
|---|---|
| **Attorneys for Defendants Acacia Research Corporation, Saint Lawrence Communications LLC, and Saint Lawrence Communications GmbH** | **Attorneys for Plaintiff Apple Inc.** |

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Edward R. Nelson III, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: ____*/s/ Edward R. Nelson III*____
            Edward R. Nelson III

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: ____*/s/ Edward R. Nelson III*____
            Edward R. Nelson III

# [PROPOSED] ORDER

Pursuant to the foregoing Joint Motion and Joint Stipulation, it is **SO ORDERED** that the page-limitations and deadlines with respect to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint are modified as follows:

| Event | Current Deadline | Current Page Limit | Proposed Deadline | Proposed Page Limit |
|---|---|---|---|---|
| Defendants must file Motion to Dismiss | Oct. 25, 2017 | 75 pages (25 pages x 3 defs.) | Nov. 8, 2017 | 50 pages |
| Plaintiff must file Opposition to MTD | Nov. 8, 2017 | 75 pages (25 pages x 3 defs.) | Dec. 6, 2017 | 50 pages |
| Defendant must file Reply for MTD | Nov. 22, 2017 | 45 pages (15 pages x 3 defs.) | Dec. 20, 2017 | 25 pages |

It is **FURTHER ORDERED** that the Court's November 2, 2017, and January 11, 2018 hearing dates, and the November 9, 2017, case management conference, are **VACATED**.

October 23, 2017

_____
EDWARD J. DAVILA
United States District Judge