| | |
|---|---|
| 1 | MARK D. SELWYN, State Bar No. 244180 |
| | WILMER CUTLER PICKERING |
| 2 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Telephone: (650) 858-6000 |
| 4 | Facsimile: (650) 858-6100 |
| | Email: mark.selwyn@wilmerhale.com |
| 5 | |
| | *Attorneys for Plaintiff Apple Inc.* |
| 6 | |
| | JAMES C. YOON, State Bar No. 177155 |
| 7 | MAURA L. REES, State Bar No. 191698 |
| | RYAN R. SMITH, State Bar No. 229323 |
| 8 | JAMIE Y. OTTO, State Bar No. 295099 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 9 | Professional Corporation |
| | 650 Page Mill Road |
| 10 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 11 | Facsimile: (650) 565-5100 |
| | Email: jyoon@wsgr.com |
| 12 | mrees@wsgr.com |
| | rsmith@wsgr.com |
| 13 | jotto@wsgr.com |

*Attorneys for Defendant VoiceAge Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:16-CV-7266-EJD |
| Plaintiff, | Assigned to Hon. Edward J. Davila |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT VOICEAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO APPLE INC.'S SECOND AMENDED COMPLAINT** |
| ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS, LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION, | |
| Defendants. | **JURY TRIAL DEMANDED** |

# STIPULATION TO EXTEND TIME TO RESPOND

1. Plaintiff Apple Inc. ("Apple") and Defendant VoiceAge Corporation ("VoiceAge"), jointly stipulate, pursuant to Civil Local Rule 6-1(b), to extend the time for VoiceAge to answer or otherwise respond to Apple's Second Amended Complaint by 30 days to December 7, 2017.

2. VoiceAge requests this extension of time by 30 days in which to respond the Second Amended Complaint to allow for more time to prepare its response.

3. Apple filed the Second Amended Complaint on October 11, 2017, adding VoiceAge as a defendant. (D.I. 115.)

4. There have been no other extensions of time relating to VoiceAge, whether by order or stipulation.

5. The proposed date of December 7, 2017 for VoiceAge to respond to the Second Amended Complaint occurs more than two months prior to the February 22, 2018 hearing for oral arguments regarding the motion to dismiss filed by Defendants Acacia Research Corporation, Cellular Communications Equipment GMBH, Cellular Communications Equipment LLC, Saint Lawrence Communications GMBH, Saint Lawrence Communications LLC.

6. IT IS HEREBY STIPULATED by the undersigned counsel that, subject to the Court's approval, the time for VoiceAge to answer, move to dismiss, or otherwise respond to the Second Amended Complaint in the above-entitled action is extended up to and including December 7, 2017. By entering this stipulation, no party is waiving any argument, right or defense.

Dated: November 27, 2017

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn

*Attorneys for Plaintiff Apple Inc.*

Dated: November 27, 2017

WILSON SONSINI GOODRICH & ROSATI  
Professional Corporation

By: */s/ James C. Yoon*  
      James C. Yoon

*Attorneys for Defendant VoiceAge Corporation*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated: November 27, 2017

*/s/ James C. Yoon*  
James C. Yoon

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED THAT:**

Defendant VoiceAge Corporation's time to answer, move to dismiss, or otherwise respond is extended up to and including December 7, 2017.

November 28, 2017

_____
The Honorable Edward J. Davila
United States District Judge