1 | MARK D. SELWYN, State Bar No. 244180
WILMER CUTLER PICKERING
2 | HALE AND DORR LLP
950 Page Mill Road
3 | Palo Alto, CA 94304
Telephone: (650) 858-6000
4 | Facsimile: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

*Attorneys for Plaintiff Apple Inc.*

JAMES C. YOON, State Bar No. 177155
MAURA L. REES, State Bar No. 191698
RYAN R. SMITH, State Bar No. 229323
JAMIE Y. OTTO, State Bar No. 295099
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com
mrees@wsgr.com
rsmith@wsgr.com
jotto@wsgr.com

*Attorneys for Defendant VoiceAge Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:16-CV-7266-EJD |
| Plaintiff, | Assigned to Hon. Edward J. Davila |
| vs. | **STIPULATION AND [PROPOSED] ORDER PURSUANT TO L.R. 6-1(b) TO EXTEND BRIEFING SCHEDULE FOR VOICEAGE'S MOTION TO DISMISS** |
| ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS, LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION, | |
| | JURY TRIAL DEMANDED |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO RESPOND**

1. Plaintiff Apple Inc. ("Apple") and Defendant VoiceAge Corporation ("VoiceAge"), jointly stipulate, pursuant to Civil Local Rule 6-1(b), to extend the briefing schedule for VoiceAge's Motion to Dismiss Pursuant to Rule 12(b)(6) and 12(b)(2) ("Motion to Dismiss").

2. On December 7, 2017, VoiceAge filed its Motion to Dismiss. (D.I. 132.) Soon thereafter, the Clerk issued a Notice Correcting Deadlines and Setting Hearing of Motion, setting the deadline for Apple's opposition to December 21, 2017, the deadline for VoiceAge's reply to December 28, 2017, and the hearing for the motion to February 22, 2018. (D.I. 133.)

3. Apple and VoiceAge have since then agreed, subject to the Court's approval, to the following dates to accommodate the parties' winter holiday schedules: Apple's opposition shall be due on January 5, 2018, and VoiceAge's reply shall be due on January 18, 2018. The hearing date for the motion shall not change.

4. IT IS HEREBY STIPULATED by the undersigned counsel that, subject to the Court's approval, the time for Apple to file its opposition to VoiceAge's Motion to Dismiss is extended up to and including **January 5, 2018**, and the time for VoiceAge to file its reply is extended up to and including **January 18, 2018**.

| | |
|---|---|
| Dated: December 19, 2017 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: */s/ Mark D. Selwyn*<br>      Mark D. Selwyn |
| | *Attorneys for Plaintiff Apple Inc.* |
| Dated: December 19, 2017 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| | By: */s/ James C. Yoon*<br>      James C. Yoon |
| | *Attorneys for Defendant VoiceAge Corporation* |

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED THAT:**

The time for Plaintiff Apple Inc. to file its opposition to VoiceAge Corporation's Motion to Dismiss Pursuant to Rule 12(b)(6) and 12(b)(2) is extended to **January 5, 2018**, and the time for VoiceAge Corporation to file its reply is extended to **January 18, 2018**.

December 19, 2017

_____
The Honorable Edward J. Davila
United States District Judge

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated: December 19, 2017

                                        */s/ James C. Yoon*
                                        James C. Yoon

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and served all parties via ECF.

Dated: December 19, 2017

                                         */s/ James C. Yoon*
                                         James C. Yoon