Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

*Attorneys for Plaintiff*
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION, <br><br> Defendants. | Case No. 5:16-cv-07266-EJD <br><br> **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1 William F. Lee
william.lee@wilmerhale.com
2 Joseph J. Mueller
joseph.mueller@wilmerhale.com
3 Timothy Syrett
timothy.syrett@wilmerhale.com
4 WILMER CUTLER PICKERING
   HALE AND DORR LLP
5 60 State Street
Boston, MA 02109
6 Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

7 Leon B. Greenfield
leon.greenfield@wilmerhale.com
8 WILMER CUTLER PICKERING
   HALE AND DORR LLP
9 1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
10 Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

*Attorneys for Plaintiff*
APPLE INC.

Having considered the motion filed by the plaintiff and the declaration of the defendant[s], the Court grants the Administrative Motion to File Document Under Seal regarding Apple's Objection Pursuant to Civil L.R. 7-3(D)(1) to Reply Evidence Introduced in Acacia Parties' Reply in Support of Motion to Dismiss Second Amended Complaint or, in the Alternative, Request for Leave to File Surreply with respect to the following portions of the filing:

| Page | Line Number(s) |
|---|---|
| 1 | 23-25 |
| 2 | 1-6 |

**IT IS SO ORDERED.**

Date: January 4, 2018

By: _____
Edward J. Davila
UNITED STATES DISTRICT JUDGE