Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 6100

*Attorneys for Plaintiff*
APPLE INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION, <br><br> Defendants. | Case No. 5:16-cv-07266-EJD <br><br> [P~~ROPOSED~~] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |

William F. Lee
william.lee@wilmerhale.com
Joseph J. Mueller
joseph.mueller@wilmerhale.com
Timothy Syrett
timothy.syrett@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

Leon B. Greenfield
leon.greenfield@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile:  +1 202 663 6363

*Attorneys for Plaintiff*
APPLE INC.

Having considered the motion filed by the plaintiff and the declaration of the defendant[s], the Court grants the Administrative Motion to File Document Under Seal regarding Apple's Memorandum of Points and Authorities in Opposition to Defendant VoiceAge Corporation's Motion to Dismiss Apple's Second Amended Complaint with respect to the following portions of the filing:

| Page | Line Number(s) |
| --- | --- |
| 9 | 25 |
| 10 | 1-12, 17-21, footnote 4 |
| 11 | 1, footnote 5 |
| 12 | 9-19, footnote 6 |
| 13 | 1-2 |
| 14 | 7-9, 21-22 |
| 15 | Footnote 8 |
| 16 | 4-12, 22-25 |
| 17 | 1-2 |

**IT IS SO ORDERED.**

Date: January 23, 2018

By: _____
Edward J. Davila
UNITED STATES DISTRICT JUDGE