1  JAMES C. YOON, State Bar No. 177155
   MAURA L. REES, State Bar No. 191698
2  RYAN R. SMITH, State Bar No. 229323
   JAMIE Y. OTTO, State Bar No. 295099
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email:    jyoon@wsgr.com
             mrees@wsgr.com
7            rsmith@wsgr.com
             jotto@wsgr.com
8
   *Attorneys for Defendant*
9  *V*OICE*A*GE *C*ORPORATION

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 5:16-CV-7266-EJD |
| Plaintiff, | Assigned to Hon. Edward J. Davila |
| vs. | **[PROPOSED] ORDER GRANTING VOICEAGE CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 7-11 AND 79-5** |
| ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS, LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION, | JURY TRIAL DEMANDED |
| Defendants. | Date: February 22, 2018<br>Time: 10 a.m.<br>Judge: Honorable Edward J. Davila<br>Courtroom: 4 - 5th Floor |

1     Having considered VoiceAge Corporation's ("VoiceAge") Administrative Motion to File Documents Under Seal, and all other papers filed in support of the Motion, the Court finds that good cause exists to file the requested materials under seal.

    IT IS HEREBY ORDERED THAT that VoiceAge's Administrative Motion to File Under Seal is GRANTED. Accordingly, the materials listed below shall be filed under seal as follows:

| Document | Page: Line |
|---|---|
| VoiceAge's Reply in Further Support of Motion to Dismiss | 1:10; 1:23; 6:14-17; 6:26-27; 7:1-4; 7:12-13; 7:14; 9:15-26; and 10:3-13. |

SO ORDERED THIS __23rd__ day of __January__, 20_18_.

_____
Honorable Edward J. Davila
U.S. District Judge