1  NELSON BUMGARDNER PC
   Ed Nelson III (*pro hac vice*)
2  ed@nelbum.com
   Ryan P. Griffin (*pro hac vice*)
3  ryan@nelbum.com
   3131 West 7th Street, Suite 300
4  Fort Worth, TX 76107
   Telephone: (817) 377-9111
5

6  CALDWELL CASSADY & CURRY
   Bradley W. Caldwell (*pro hac vice*)
7  bcaldwell@caldwellcc.com
   John A. Curry (*pro hac vice*)
8  acurry@caldwellcc.com
   2101 Cedar Springs Road, Suite 1000
9  Dallas, TX 75201
   Telephone: (214) 888-4848
10

LECLAIRRYAN LLP
Patricia L. Peden (SBN 206440)
patricia.peden@leclairryan.com
44 Montgomery St., Thirty First Floor
San Francisco, CA  94104
Telephone: 415-391-7111
Facsimile:  415-391-8766

11  **Attorneys for Defendants Acacia Research**
12  **Corporation, Saint Lawrence**
    **Communications  LLC, and Saint Lawrence**
13  **Communications GmbH**

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                          **SAN JOSE DIVISION**

18  APPLE INC.,                              CASE NO.:  5:16-cv-07266 EJD

19                Plaintiff,
                                             ORDER REGARDING
20        v.                                 **JOINT NOTICE OF SETTLEMENT**
                                             **AND STIPULATION TO STAY**
21  ACACIA RESEARCH CORPORATION,             **PROCEEDINGS**
    SAINT LAWRENCE COMMUNICATIONS
22  LLC, SAINT LAWRENCE
    COMMUNICATIONS GMBH, AND                       JURY TRIAL DEMANDED
23  VOICEAGE CORPORATION,

24                Defendants.

25

26

27

28
                                      -1-
    **JOINT NOTICE OF SETTLEMENT AND**
    **STIPULATION TO STAY PROCEEDINGS**
                                                            **5:16-cv-07266**

1    Mark D. Selwyn (SBN: 244180)
      mark.selwyn@wilmerhale.com
2    WILMER CUTLER PICKERING
        HALE AND DORR LLP
3    950 Page Mill Road
      Palo Alto, CA 94304
4    Telephone: +1 650 858 6000
      Facsimile: +1 650 858 6100
5
      William F. Lee (pro hac vice)
6    william.lee@wilmerhale.com
      Joseph J. Mueller (pro hac vice)
7    joseph.mueller@wilmerhale.com
      Timothy Syrett (pro hac vice)
8    timothy.syrett@wilmerhale.com
      WILMER CUTLER PICKERING
9        HALE AND DORR LLP
      60 State Street
10   Boston, MA 02109
      Telephone: +1 617 526 6000
11   Facsimile: +1 617 526 5000

12   Leon B. Greenfield (pro hac vice)
      leon.greenfield@wilmerhale.com
13   WILMER CUTLER PICKERING
        HALE AND DORR LLP
14   1875 Pennsylvania Avenue, N.W.
      Washington, DC 20006
15   Telephone: +1 202 663 6000
      Facsimile:  +1 202 663 6363
16
      **Attorneys for Plaintiff Apple Inc.**
17

James Chung-Yul Yoon (SBN: 177155)
jyoon@wsgr.com
Jamie Y. Otto (SBN: 295099)
jotto@wsgr.com
Ryan Ronald Smith (SBN: 229323)
rsmith@wsgr.com
WILSON SONSINI GOODRICH &
  ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 493 9300
Facsimile: +1 650 493 6811

**Attorneys for Defendant
VoiceAge Corporation**

18

19

20

21

22

23

24

25

26

27

28

-2-

**JOINT NOTICE OF SETTLEMENT AND
STIPULATION TO STAY PROCEEDINGS**

1     PLEASE TAKE NOTICE THAT Acacia Research Corporation, Saint Lawrence

2  Communications LLC, Saint Lawrence Communications GmbH, and VoiceAge Corporation

3  ("Defendants") and Apple Inc. ("Plaintiff") (together, the "Parties"), by and through their counsel

4  of record, jointly notify the Court of a settlement in principle and stipulate, pursuant to Local Rule

5  7-1(a)(5), to a temporary stay of this case for thirty (30) days so that appropriate dismissal papers

6  may be submitted.

7     On January 21, 2018, Saint Lawrence Communications and Apple agreed in principle to

8  settle all matters in controversy between them, including this action in its entirety as to all Parties.

9  The Parties thus stipulate to, and ask that the Court grant, a thirty (30) day stay of all unreached

10 deadlines.  This includes vacating the February 15, 2018 case management conference and the

11 February 22, 2018 hearing concerning Defendants' pending motions to dismiss.  The stay will

12 permit the Parties time necessary to finalize settlement paperwork and file appropriate dismissal

13 papers.

14     For the foregoing reasons, the Parties respectfully request that the Court grant their

15 requested stay, vacate the upcoming hearings, and enter the attendant proposed order allowing

16 them thirty (30) days to finalize settlement paperwork and file appropriate dismissal documents.

17

18 DATED:  January 25, 2018

19

20 /s/ *Edward R. Nelson III*                            /s/ *Mark D. Selwyn*

20 NELSON BUMGARDNER PC                 WILMER CUTLER PICKERING
21 Edward R. Nelson III (*pro hac vice*)        HALE AND DORR LLP
21 ed@nelbum.com                                    Mark D. Selwyn (SBN: 244180)
22 Ryan P. Griffin (*pro hac vice*)                mark.selwyn@wilmerhale.com
22 ryan@nelbum.com                                950 Page Mill Road
23 3131 West 7th Street, Suite 300               Palo Alto, CA 94304
23 Fort Worth, TX 76107                           Telephone: +1 650 858 6000
24 Telephone: (817) 377-9111                     Facsimile: +1 650 858 6100

25 **Attorneys for Defendants Acacia Research**     **Attorneys for Plaintiff Apple Inc.**
26 **Corporation, Saint Lawrence**
26 **Communications  LLC, and Saint**
27 **Lawrence  Communications GmbH**

28

-3-

**JOINT NOTICE OF SETTLEMENT AND**
**STIPULATION TO STAY PROCEEDINGS**

5:16-cv-07266

/s/ *James Chung-Yul Yoon*

WILSON SONSINI GOODRICH &
 ROSATI PC
James Chung-Yul Yoon (SBN: 177155)
jyoon@wsgr.com
Jamie Y. Otto (SBN: 295099)
jotto@wsgr.com
Ryan Ronald Smith (SBN: 229323)
rsmith@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 493 9300
Facsimile: +1 650 493 6811

**Attorneys for Defendant**
**VoiceAge Corporation**

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Edward R. Nelson III, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____ */s/ Edward R. Nelson III*_____
Edward R. Nelson III

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: _____ */s/ Edward R. Nelson III*_____
Edward R. Nelson III

-4-

**JOINT NOTICE OF SETTLEMENT AND**
**STIPULATION TO STAY PROCEEDINGS**

5:16-cv-07266

1

**[PROPOSED] ORDER**

2          Pursuant to the foregoing Joint Notice and Stipulation, it is **SO ORDERED** that the

3    hearings set for February 15 and 22, 2018 in this Court are **VACATED** and this action is

4    **STAYED** for thirty (30) days.   The Court SETS a status conference at 10:00am on March 8,

5    2018.  The parties shall file a status conference statement by February 26, 2018.

6      January ~~25~~, 2018
                26

7                                                          _____

8                                                          EDWARD J. DAVILA
                                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

**JOINT NOTICE OF SETTLEMENT AND
STIPULATION TO STAY PROCEEDINGS**

                                                                                    **5:16-cv-07266**