| | |
|---|---|
| NELSON BUMGARDNER PC<br>Edward R. Nelson III (*pro hac vice*)<br>ed@nelbum.com<br>Ryan P. Griffin (*pro hac vice*)<br>ryan@nelbum.com<br>3131 West 7th Street, Suite 300<br>Fort Worth, TX 76107<br>Telephone: (817) 377-9111<br><br>CALDWELL CASSADY & CURRY<br>Bradley W. Caldwell (*pro hac vice*)<br>bcaldwell@caldwellcc.com<br>John A. Curry (*pro hac vice*)<br>acurry@caldwellcc.com<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848 | LECLAIRRYAN LLP<br>Patricia L. Peden (SBN 206440)<br>patricia.peden@leclairryan.com<br>44 Montgomery St., Thirty First Floor<br>San Francisco, CA 94104<br>Telephone: 415-391-7111<br>Facsimile: 415-391-8766 |

**Attorneys for Defendants Acacia Research Corporation, Saint Lawrence Communications LLC, and Saint Lawrence Communications GmbH**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACACIA RESEARCH CORPORATION, SAINT LAWRENCE COMMUNICATIONS LLC, SAINT LAWRENCE COMMUNICATIONS GMBH, AND VOICEAGE CORPORATION,<br><br>　　　　Defendants. | CASE NO.: 5:16-cv-07266 EJD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| Mark D. Selwyn (SBN: 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: +1 650 858 6000 <br> Facsimile: +1 650 858 6100 <br><br> William F. Lee (pro hac vice) <br> william.lee@wilmerhale.com <br> Joseph J. Mueller (pro hac vice) <br> joseph.mueller@wilmerhale.com <br> Timothy Syrett (pro hac vice) <br> timothy.syrett@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: +1 617 526 6000 <br> Facsimile: +1 617 526 5000 <br><br> Leon B. Greenfield (pro hac vice) <br> leon.greenfield@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 <br> Telephone: +1 202 663 6000 <br> Facsimile:  +1 202 663 6363 <br><br> **Attorneys for Plaintiff Apple Inc.** | James Chung-Yul Yoon (SBN: 177155) <br> jyoon@wsgr.com <br> Jamie Y. Otto (SBN: 295099) <br> jotto@wsgr.com <br> Ryan Ronald Smith (SBN: 229323) <br> rsmith@wsgr.com <br> WILSON SONSINI GOODRICH & <br>   ROSATI PC <br> 650 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: +1 650 493 9300 <br> Facsimile: +1 650 493 6811 <br><br> **Attorneys for Defendant** <br> **VoiceAge Corporation** |

-2-

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

5:16-cv-07266

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7-1(a)(5) and 7-12, Acacia Research Corporation, Saint Lawrence Communications LLC, Saint Lawrence Communications GmbH, and VoiceAge Corporation ("Defendants") and Apple Inc. ("Plaintiff") (together, the "Parties"), by and through their counsel of record, jointly stipulate to dismissal pursuant to Rule 41, of all remaining claims, counterclaims and defenses in this case.

Therefore, the Parties, through their counsel of record, request this Court enter an Order dismissing with prejudice all of Plaintiff's claims for relief against Defendants. The Parties also request that this Court Order that all attorneys' fees, costs of Court, and expenses in this case are to be borne by the party incurring same.

DATED: February 26, 2018

/s/ Edward R. Nelson III

NELSON BUMGARDNER PC
Edward R. Nelson III (*pro hac vice*)
ed@nelbum.com
Ryan P. Griffin (*pro hac vice*)
ryan@nelbum.com
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Telephone: (817) 377-9111

**Attorneys for Defendants Acacia Research Corporation, Saint Lawrence Communications  LLC, and Saint Lawrence  Communications GmbH**

/s/ James Chung-Yul Yoon

WILSON SONSINI GOODRICH &
  ROSATI PC
James Chung-Yul Yoon (SBN: 177155)
jyoon@wsgr.com
Jamie Y. Otto (SBN: 295099)
jotto@wsgr.com
Ryan Ronald Smith (SBN: 229323)
rsmith@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 493 9300

**Attorneys for Defendant VoiceAge Corporation**

/s/ Mark D. Selwyn

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000

**Attorneys for Plaintiff Apple Inc.**

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Edward R. Nelson III, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____/s/ Edward R. Nelson III_____
        Edward R. Nelson III

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: _____/s/ Edward R. Nelson III_____
        Edward R. Nelson III

-4-

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

5:16-cv-07266

-5-

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Stipulation of Dismissal with Prejudice, and F<small>ED</small>. R. C<small>IV</small>. P. 41, it is **SO ORDERED** that (1) all claims in this case are dismissed, with prejudice, and (2) all attorneys' fees, costs of Court, and expenses in this case are to be borne by the party incurring same.

Date: _____

EDWARD J. DAVILA
United States District Judge